Copyrights-In-Suit for IP Address 97.83.171.176

**ISP:** Charter Communications
**Location:** Beaver Dam, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **A Girls Fantasy** | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/28/2012 |
| **A Little Rain Must Fall** | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/22/2013 |
| **Dangerous Game** | PA0001810505 | 10/10/2012 | 10/14/2012 | 11/08/2012 |
| **Dream Come True** | PA0001800356 | 07/13/2012 | 07/20/2012 | 01/02/2013 |
| **Inside Perfection** | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/15/2012 |
| **Jumping on the Bed** | PA0001833298 | 03/12/2013 | 04/01/2013 | 03/18/2013 |
| **Late for Work** | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/17/2013 |
| **Mad Passion** | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/17/2013 |
| **Morning Desires** | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/02/2013 |
| **My Best Friends Boyfriend** | PA0001789510 | 03/28/2011 | 05/11/2012 | 02/18/2013 |
| **Naughty and Nice** | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/27/2012 |
| **Red Satin** | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/18/2013 |
| **Spur of the Moment** | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/10/2013 |
| **Still With Me** | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/08/2012 |
| **Then They Were Three** | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/10/2012 |
| **Three for the Show** | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/29/2012 |
| **Together Again** | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/29/2012 |
| **Tuesday Morning** | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/17/2013 |
| **Unforgettable View #2** | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/15/2012 |
| **Want You** | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |
| **Young Passion** | PA0001811852 | 10/17/2012 | 10/26/2012 | 01/17/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 21**

EXHIBIT B

EWI19