AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Malibu Media, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-cv-00544-RTR |
| Doe | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Doe Defendant .

Date: 09/18/2013

/s/ Nicole Nguyen
*Attorney's signature*

Nicole Nguyen, Bar # 6309780
*Printed name and bar number*

100 N. LaSalle Street, Suite 2400
Chicago, IL 60602

*Address*

nnguyen@antonelli-law.com
*E-mail address*

(312) 201-8310
*Telephone number*

(888) 211-8624
*FAX number*