# EXHIBIT A

The audio files can be found on the docket for case *Malibu Media, LLC v. John Does 1, 13, 14, and 16*, Case No. 2012-2078, at CM/ECF Nos. 195 and 196. Plaintiff tried to upload the audio files with its response, but received an error message when attempting to file. As stated in Plaintiff's Response to Show Cause, Plaintiff will file a copy of the written transcript as soon as it is transcribed by Veritext Court Reporters.