# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

310 U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202

Chambers of
Rudolph T. Randa
U.S. District Judge

TEL: 414-297-3071
FAX: 414-297-3089

December 30, 2013

Ms. Mary K. Schulz
Schulz Law
1144 East State Street - Suite A260
Geneva, Illinois 60134

Ms. Nicole Nguyen
Mr. Jeffrey Antonelli
Antonelli Law
100 North LaSalle Street - Suite 2400
Chicago, Illinois 60602

Re: Malibu Media, LLC v. John Doe
Case No. 13-C-544

Dear Counsel:

As you are aware, on October 1, 2013, Judge Randa granted John Doe's motion extending the time to file an answer by October 15, 2013, because the parties were working towards settling the above-entitled action. That date has come and gone and no answer has been filed nor has a stipulation for dismissal been filed.

If the case has in fact settled, please submit a stipulation and order for dismissal promptly. Otherwise, please advise Judge Randa of the status of this case, in writing, within 21 days of the date of this letter. Thank you.

Sincerely,

s/ Linda M. Zik
Linda M. Zik
Courtroom Deputy Clerk to the
Hon. Rudolph T. Randa
U.S. District Judge

CC: Attorney Hanni M. Fakhoury