IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

        Case No. 2:13-cv-00 544-RTR

    v.

JOHN DOE, subscriber assigned IP
address 97.83.171.176,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Malibu Media, LLC and Defendant John Doe, subscriber assigned IP address 97.83.171.176 ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

    WHEREFORE, Plaintiff and Defendant John Doe respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant John Doe's claims against each other, with each party to bear its own attorneys' fees and costs.

    Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                          Respectfully submitted,

| | |
|---|---|
| */s/ Mary K. Schulz* | */s/ Jeffrey Antonelli* |
| Mary K. Schulz, Esquire | Jeffrey Antonelli, Esquire |
| Schulz Law, P.C. | Antonelli Law |
| 1144 E. State Street | 100 N. LaSalle Street |
| Suite A260 | Suite 2400 |
| Geneva, IL 60134 | Chicago, IL 60602 |
| Phone: 224-535-9510 | Phone: 312-201-8310 |

schulzlaw@me.com                              jeffrey@antonelli-law.com

*Attorney for Plaintiff*                              *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January _7__, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ *Mary K. Schulz*_____

Mary K. Schulz

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 2:13-cv-00 544-RTR

   v.

JOHN DOE, subscriber assigned IP
address 97.83.171.176,

        Defendant.
_____/

**ORDER ON STIPULATION FOR DISMISSAL**

3

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant John Doe's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: All Plaintiff's and Defendant John Doe's claims against each other are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED: This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2014.

By: _____
**UNITED STATES MAGISTRATE JUDGE**